UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL OF NEW YORK CITY AND VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

                        Petitioner,

-v-

TRIANGLE ENTERPRISE NYC, INC.,

                        Respondent.

23 Civ. 4403 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 25, 2023, petitioners filed a petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that petitioners shall file and serve any additional materials with which it intends to support their petition to confirm by August 1, 2023. Respondent's opposition, if any, is due on August 15, 2023. Petitioners' reply, if any, is due August 22, 2023.

SO ORDERED.

                                                   *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: July 18, 2023
       New York, New York